UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENVILLE

| | |
|---|---|
| TARA ANGELEQUE HOLT, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 2:16-cv-311 |
| v. ) | |
| ) | Judge Mattice |
| NANCY BERRYHILL ) | Magistrate Judge Corker |
| Acting Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

# **ORDER**

On December 12, 2017, United States Magistrate Judge Clifton L. Corker filed his Report and Recommendation, (Doc. 16), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Corker recommended that (1) The Defendant's Motion for Summary Judgment, (Doc. 14), be granted and (3) the case be dismissed. (Doc. 16 at 16).

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Corker's well-reasoned conclusions.

---

[1] Magistrate Judge Corker specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 16 at 16 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's findings of fact, conclusions of law, and recommendations, (Doc. 16), pursuant to § 636(b)(1) and Rule 72(b);

- Defendant's Motion for Summary Judgment, (Doc. 14), is hereby **GRANTED**;

- The case will be **DIMISSED WITH PREJUDICE**; and

- The decision of the Commissioner is hereby **AFFIRMED**;

A separate judgment will enter.

**SO ORDERED** this 23rd day of January, 2018.

       */s/ Harry S. Mattice, Jr.*
       HARRY S. MATTICE, JR.
       UNITED STATES DISTRICT JUDGE